# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134920

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                            SC: 134920
                                            COA: 278848
                                            Genesee CC: 06-017930-FC

FRANKLIN ROOSEVELT FULTON,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007
                                                   Clerk

d1119